

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, L.L.C., | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | No. 08-19-00161-CV |
| | § | |
| CHRISTINE BORREGO, as Executor of the Estate and Statutory Death Beneficiary of JOHNNY BORREGO, MELISSA RUIZ, Individually, ROBBEN LEE BETANCOURT, as Executor of the Estate and Statutory Death Beneficiary of RUBEN BENTACOURT RAMIREZ, and JOSE GABINO GARCIA and HUMBERTO MUELA, both individually, CARMEN S. GARCIA, as Executor/Legal Representative and Statutory Death Beneficiary of RIGOBERTO GOMEZ AKA IVAN GUERRERO, | § § § § § § § | Appeal from the 327th District Court of El Paso County, Texas (TC# 2017DCV1047) |
| Appellees. | § | |

**MEMORANDUM OPINION**

Appellant CEMEX Construction Materials Pacific, L.L.C., and Appellees Christine Borrego, et al. have filed a joint motion to dismiss this appeal because the parties have resolved this dispute in mediation. The motion is GRANTED. Per the terms of their agreement, costs are taxed against the parties incurring same.

September 27, 2019

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)